RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/29/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RAY KENT HEBERT, JR.<br>LA. DOC #431860 | CIVIL ACTION NO. 08-1979 |
| VS. | SECTION P |
| | JUDGE HAIK |
| MICHAEL W. NEUSTROM, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

IT IS ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 29th day of July, 2009.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE